**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6723**

STUART WAYNE TOMPKINS,

            Plaintiff - Appellant,

        v.

SUPERINTENDENT SANDRA THOMAS, Department of Correction;
KENNETH HUNT; COLBERT L. RESPASS; DAVID W. KEYS; J. HAYNES;
WILLIAM BASNIGHT, III; HATTIE B. PIMPONG; PAMELA J.
LOCKLEAR; ROSE LOCKLEAR; BILLIE J. WEAVER; JOHN DOE
LOCKLEAR; CLIFTON SUTTON; PAUL TAYLOR; JOHN DOE HUNT,
Assistant Superintendent; LYNN HENRY; JOHN DOE HUNT,
Sergeant; JOHN/JANE DOE, Transfer Coordinator; JANE DOE;
JOHN DOE, Captain; M. C. LOCKLEAR; JOHN DOE, Director
Classification Committee; GEORGE BOYSDEN; MARSHALL PIKE,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
Chief District Judge.  (5:11-ct-03049-D)

Submitted:  September 11, 2012    Decided:  September 13, 2012

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stuart Wayne Tompkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stuart Wayne Tompkins appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tompkins v. Thomas, No. 5:11-ct-03049-D (E.D.N.C. Nov. 7, 2011 & Apr. 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2